DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

IAN MATTHEW BRUNGER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0835
_____

December 5, 2025

Appeal from the Circuit Court for Manatee County; Stephen M. Whyte,
Judge.

Blair Allen, Public Defender, and Maureen E. Surber, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

 Affirmed.


LUCAS, C.J., and KELLY and KHOUZAM, JJ., Concur.
_____

Opinion subject to revision prior to official publication.